UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMANUELA E. NEGRESCU, *Plaintiff*,<br><br>v.<br><br>TRUSTEES OF TUFTS COLLEGE,<br>*Defendant.* | Civil Action No. 1:20-cv-10886-RWZ |

### STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated that all claims which were stated, or which could have been stated, in the above entitled action by the plaintiff, Emanuela Negrescu, against the defendant, Trustees of Tufts College, are hereby dismissed in full, with prejudice, without costs, without fees, and with all rights of appeal fully waived.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| EMANUELA NEGRESCU | TRUSTEES OF TUFTS COLLEGE, |
| By her attorneys, | By its attorneys, |
| */s/ Todd J. Bennett* | */s/ Miriam J. McKendall* |
| Todd J. Bennett (BBO #643185) | Miriam J. McKendall (BBO No. 548825) |
| *tbennett@bennettandbelfort.com* | *miriam.mckendall@hklaw.com* |
| Craig D. Levey (BBO #681531) | Stephanie M. Merabet (BBO No. 688015) |
| *clevey@bennettandbelfort.com* | *stephanie.merabet@hklaw.com* |
| BENNETT & BELFORT PC | HOLLAND & KNIGHT LLP |
| 24 Thorndike Street, Suite 300 | 10 St. James Avenue |
| Cambridge, MA 02141 | Boston, MA 02116 |
| 617-577-8800 | (617) 523-2700 |

Dated:  June 2, 2022

#156888968_v4